DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Globe Photo, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **20-11620-abl** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $      1,659,000.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $      1,659,000.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $      5,095,395.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................... +$      4,374,790.91

4.  **Total liabilities** ..............................................................................................
    Lines 2 + 3a + 3b

$      9,470,185.91

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Globe Photo, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **20-11620-abl** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank (Globe Photo LLC)** | | **8864** | **$1,400.00** |
| 3.2. | **Wells Fargo Bank (Globe Photos, Inc.)** | | **6400** | **$2,000.00** |
| 3.3. | **Wells Fargo Bank (Globe Photos Retail, LLC)** | | **0506** | **$500.00** |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $3,900.00 |
|---|

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | Case number *(if known)* **20-11620-abl** |
|---|---|---|
| | Name | |

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11. Accounts receivable**

11a. 90 days old or less: **$54,000.00** - _____ = .... **Est. $54,000.00**
  face amount      doubtful or uncollectible accounts

11a. 90 days old or less: **$34,000.00** - _____ = .... **Est. $34,000.00**
  face amount      doubtful or uncollectible accounts

**12. Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$88,000.00**

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** **Digital and paper photo archives** | | | | **Est. $1,330,000.00** |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

**$1,330,000.00**

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | Case number *(if known)* **20-11620-abl** |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Office furniture | | | Est. $10,000.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Office equipment | | | Est. $25,000.00 |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.  Framed Office Art | | | Est. $10,000.00 |

| 43. | Total of Part 7.<br>Add lines 39 through 42.  Copy the total to line 86. | $45,000.00 |
|---|---|---|

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
■ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | Globe Photo, Inc. | | Case number (if known) 20-11620-abl |
|---|---|---|---|
| | Name | | |

**49.** Aircraft and accessories

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | | | | |
|---|---|---|---|---|
| | Fork Lift | $0.00 | Liquidation | $1,000.00 |
| | Pallet Jack | $0.00 | Liquidation | $100.00 |

**51.** Total of Part 8.
Add lines 47 through 50. Copy the total to line 87.

$1,100.00

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
■ No
☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
■ No
☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| Internet websites | | | Est. $10,000.00 |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| Mailing lists | | | Est. $1,000.00 |
| **64.** Other intangibles, or intellectual property | | | |
| Intellectual property related to digital media | | | Est. $180,000.00 |
| **65.** Goodwill | | | |

**66.** Total of Part 10.
Add lines 60 through 65. Copy the total to line 89.

$191,000.00

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 4 |
|---|---|---|

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

Debtor   **Globe Photo, Inc.**                                      Case number *(if known)*  **20-11620-abl**
_____                _____
   Name

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**(Storage space 7618) Public Storage, 133 2nd Street, Jersey City, NJ 07302 (Retna archive)**<br>**(Storgae Unit c110) Premier Storage Solutions, 175 Union Ave., Islip, NY 11751 (Globe Photos)**<br>**(Unit 3 cootin) Aylesham Industrial Estate, Aylesham, Canterbury CT3 3EP, UK (Avalon archive)**<br>**Storage, 6445 S. Tenaya Way, Suite B130, Las Vegas, NV 89113 (MSN, Globe and Photoshot archives)** | Unknown |

78.  **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.        | **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | Case number *(If known)* **20-11620-abl** |
|---|---|---|
| | Name | |

<div style="background:black;color:white">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$3,900.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$88,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$1,330,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$45,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,100.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$191,000.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,659,000.00** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,659,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

---

**Fill in this information to identify the case:**

Debtor name     **Globe Photo, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF NEVADA

Case number (if known)     **20-11620-abl**

☐ Check if this is an amended filing

---

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims | | |
|---|---|---|---|

**2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Amaratus Capital**<br>Creditor's Name<br><br>**c/o Nina Savani**<br>**235 East 40th, #20G**<br>**New York, NY 10016**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Inventory**<br><br><br><br>Describe the lien<br>**UCC-1 Financing Statement**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$80,000.00** | **Unknown** |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Dino Satallante**<br>Creditor's Name<br><br>**10309 Orkiney Drive**<br>**Las Vegas, NV 89144**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Inventory**<br><br><br><br>Describe the lien<br>**UCC-1 Financing Statement**<br>Is the creditor an insider or related party?<br>☐ No<br>■ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$1,015,396.00** | **Unknown** |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

Debtor   **Globe Photo, Inc.**
         _____
         Name

Case number (if known)   **20-11620-abl**
                         _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Falcon Capital Partners Limited** |
|-----|-------------------------------------|

Creditor's Name

**(Arranger of Multiple Promissory Notes )
(Noteholder's addresses unknown)
Room 501, 39 Wellington Street
Central, HK 00000**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Inventory**

Describe the lien
**UCC-1 Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,999,999.00**     **Unknown**

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$5,095,395.00** |
|----|-----|-----|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|--------------------------------------------------|
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

**Fill in this information to identify the case:**

Debtor name    **Globe Photo, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **20-11620-abl**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>**222 North Sepulveda Tenant LLC**<br>**222 Pacific Coast Highway**<br>**El Segundo, CA 90245**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$2,513.33** |
| **3.2** **Nonpriority creditor's name and mailing address**<br>**Abg Epe Lp LLC**<br>**1411 Broadway**<br>**4th Floor**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$6,414.06** |
| **3.3** **Nonpriority creditor's name and mailing address**<br>**Alan Trammell**<br>**c/o S. Gary Spicer**<br>**16845 Kercheval - Suite 5**<br>**Grosse Pointe, MI 48230**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| **3.4** **Nonpriority creditor's name and mailing address**<br>**Albert W. Kaline**<br>**3613 York Ct.**<br>**Bloomfield Hills, MI 48301**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    55775    Best Case Bankruptcy

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | Globe Photo, Inc. | Case number (if known) | 20-11620-abl |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Amaratus Capital**
235 East 40th, #20G
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,680.27**

**Andre Peschong**
1921 Deborah Lane
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00**

**Anita Stearn**
c/o Ed Simons
Marsh Mills Boathouse Wargrave Road
Henley on Thames, United Kingdom
RG93HY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Bert Blyleven**
1501 McGregor Reserve Drive
Fort Myers, FL 33901-9658

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Bob Lilly**
104 Aster Circle
Georgetown, TX 78628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00**

**Brett Bohn**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,000.00**

**Bridgewater Capital Corporation**
2 Park Plaza, # 1240
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | Globe Photo, Inc. | Case number (if known) | 20-11620-abl |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,836.00 |
|---|---|---|---|
| | **Bright Interactive Ltd.**<br>**Tower Point 44 North Road**<br>**Brighton, United Kingdom BN11YR** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Cam Neely**<br>**Blue Sky Sports & Ent. LLC**<br>**150 Washington Street**<br>**Norwell, MA 02061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|
| | **Capital Markets Access LLC**<br>**25201 Paseo De Alicia, Suite 125**<br>**Laguna Hills, CA 92653** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Carl Yastrzemski**<br>**c/o Dick Gordon**<br>**99 River Oaks Circle**<br>**Pikesville, MD 21208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Carlton Fisk**<br>**18705 63rd Avenue E**<br>**Bradenton, FL 34211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Cathi Brody**<br>**604 Seven Fields Lane**<br>**Brewster, NY 10509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $461.52 |
|---|---|---|---|
| | **CenturyLink**<br>**PO Box 4300**<br>**Carol Stream, IL 60197-4300** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | Globe Photo, Inc. | Case number (if known) | 20-11620-abl |
|---|---|---|---|
| | Name | | |

**3.19** Nonpriority creditor's name and mailing address
ChannelAdvisor Corporation
Lockbox W-502057
P.O. Box 358031
Pittsburgh, PA 15251-5031

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,575.00

---

**3.20** Nonpriority creditor's name and mailing address
COLONIAL STOCK TRANSFER COMPANY
66 Exchange Place
Salt Lake City, UT 84111

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$550.00

---

**3.21** Nonpriority creditor's name and mailing address
Commerce Technologies
25736 Network Place
Chicago, IL 60637

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,700.00

---

**3.22** Nonpriority creditor's name and mailing address
Daniel Diedwardo
6445 South Tenaya Way, Suite b-130
Las Vegas, NV 89119

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$130,000.00

---

**3.23** Nonpriority creditor's name and mailing address
Dave Robinson
406 South Rose Blvd.
Akron, OH 44320-1308

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.24** Nonpriority creditor's name and mailing address
Dino Satallante
10309 Orkiney Drive
Las Vegas, NV 89144

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.25** Nonpriority creditor's name and mailing address
Don Larsen
P.O. Box 2863
Hayden, ID 83835

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | Case number (if known) | **20-11620-abl** |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address
**DONOHOE ADVISORY ASSOCIATES LLC**
**9901 Belward Campus Drive, Suite 175**
**Rockville, MD 20850**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$6,502.50

---

**3.27** | Nonpriority creditor's name and mailing address
**DP21,LLC**
**c/o Shapiro Gettinger Waldinger & Monte**
**118 North Bedford Road**
**Mount Kisco, NY 10549**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$650,381.00

---

**3.28** | Nonpriority creditor's name and mailing address
**Drew Bledsoe**
**61961 Ballantree Ct.**
**Bend, OR 97702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.29** | Nonpriority creditor's name and mailing address
**Ed Jones**
**One Lost Valley**
**Dallas, TX 75234**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.30** | Nonpriority creditor's name and mailing address
**Edgar Martinez**
**PO Box 53490**
**Bellevue, WA 98005-3490**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.31** | Nonpriority creditor's name and mailing address
**Edward Scott Yates**
**ESY Marketing**
**96 Whalepond Road**
**Oakhurst, NJ 07755**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.32** | Nonpriority creditor's name and mailing address
**First Insurance Funding**
**PO Box 7000**
**Carol Stream, IL 60197-7000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$2,214.81

---

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | Globe Photo, Inc. | Case number (if known) | 20-11620-abl |
|--------|-------------------|------------------------|--------------|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,875.00 |
|------|------|------|------|

**3.33** Nonpriority creditor's name and mailing address
**Frank Recruitment Group Inc**
**6th Floor**
**14 Wall Street**
**New York, NY 10005**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,875.00**

---

**3.34** Nonpriority creditor's name and mailing address
**Freeman**
**PO Box 650036**
**Dallas, TX 75265-0036**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$372.37**

---

**3.35** Nonpriority creditor's name and mailing address
**Fuji Hunt Photographic Chemicals, Inc.**
**40 Boroline Road**
**Allendale, NJ 07401**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.36** Nonpriority creditor's name and mailing address
**Gale Sayers**
**2341 Hot Brook Point St.**
**Las Vegas, NV 89134-5511**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.37** Nonpriority creditor's name and mailing address
**Gale Sayers**
**1313 Ritchie Ct., #407**
**Chicago, IL 60610**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.38** Nonpriority creditor's name and mailing address
**Gerald Cheevers**
**106 Appleton Street**
**North Andover, MA 01845-3138**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.39** Nonpriority creditor's name and mailing address
**Gino Cappelletti**
**19 Louis Drive**
**Wellesley Hills, MA 02481**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page  6 of 18

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | Case number (if known) | **20-11620-abl** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101.00**

**Globalone Filings, Inc.**
**3451 Via Montebello**
**unit 192-410**
**Bethune, SC 29009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46.85**

**Hartford Insurance Company of Illinois**
**4245 Meridian Parkway**
**Aurora, IL 60504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,824.00**

**Harwyn Limited**
**Timberchase, The Warren**
**Ashtead Surrey KT21 2SG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,269.88**

**HIGHTOUCH SOLUTIONS**
**8249 Ocean Terrace Way**
**Las Vegas, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,311.85**

**Holly Driggs Walch**
**400 S 4th Street**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$620,048.00**

**Iconz Art LLC**
**c/o Registered Agent - Scott C. Black**
**6445 S. Tenaya Drive, Suite 130**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**Image Locker , Inc.**
**No 42, 8th Street, T Block**
**Anna Nagar, Chennai 600 040 TN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | Case number (if known) | **20-11620-abl** |
| --- | --- | --- | --- |
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,488.72 |
| --- | --- | --- | --- |

**IPFS Corporation**
**PO Box 412086**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Jack Youngblood**
**4377 Steed Terrace**
**Winter Park, FL 32792-7630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Jerry Koosman**
**2483 State Road 35**
**Osceola, WI 54020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Jerry Rice**
**128 S. First Street**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Jim Plunkett**
**51 Kilroy Way**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Joe Carter**
**3000 W. 117th**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Joe Greene**
**5109 Lippizaner Drive**
**Flower Mound, TX 75028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | | Case number (if known) | **20-11620-abl** |
|---|---|---|---|---|
| | Name | | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John H. Lambert**
**318 Gaiser Road**
**Worthington, PA 16262-9115**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John M. Rivers**
**350 N.W. 48th. Street**
**Miami, FL 33127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johnny Bench**
**3899 Ridgedale Drive**
**Cincinnati, OH 45247**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $104,069.56 |
|---|---|---|---|

**Jondo Global Inc**
**22700 Savi Ranch Parkway**
**Yorba Linda, CA 92887**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Joseph O. Oltmans, III**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keith Hernandez**
**c/o Mead Chaskey Sports Ent.**
**70-20 108 Street, Suite 2-K**
**Forest Hills, NY 11375**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ken Griffey, Jr.**
**c/o Brian Goldberg, Esq.**
**312 Walnut St., Suite 1151**
**Cincinnati, OH 45202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | | Case number (if known) | **20-11620-abl** |
|---|---|---|---|---|
| | Name | | | |

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00

**Klaus Moeller**
**25 Quarterdeck Street**
**Marina Del Rey, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Las Vegas Valley Water District**
**1001 S. Valley View Blvd.**
**Las Vegas, NV 89153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Lee Smith**
**c/o Jerry Rooney**
**668 Providence Court**
**Crystal Lake, IL 60012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Lindenmeyr Munroe**
**PO Box 416207**
**Boston, MA 02241-6207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Lloyd Haymes**
**18 Norwood Terrace**
**Millburn, NJ 07041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**LSQ Funding Group, L.C.**
**2600 Lucien Way, Suite 100**
**Maitland, FL 32751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00

**MALONE BAILEY LLP**
**9801 Westheimer Road, suite 1100**
**Houston, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | Globe Photo, Inc. | Case number (if known) | 20-11620-abl |
|---|---|---|---|
| | Name | | |

---

**3.68**

**Nonpriority creditor's name and mailing address**
Manny Flores
3912 Johnson Street
Frisco, TX 75034

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.69**

**Nonpriority creditor's name and mailing address**
Max Scheder-Bieschin
PO Box 160155
Big Sky, MT 59716

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$8,824.11**

---

**3.70**

**Nonpriority creditor's name and mailing address**
Mike Mussina
WMG LLC; Attn: M. Meehan
10960 Wilshire Blvd, Suite 2200
Los Angeles, CA 90064

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.71**

**Nonpriority creditor's name and mailing address**
MSN Holding LLC
c/o Registered Agent - Scott C. Black
6445 S. Tenaya Drive, Suite 130
Las Vegas, NV 89113

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$12,946.93**

---

**3.72**

**Nonpriority creditor's name and mailing address**
Neal Broten
N8216 690th. Street
River Falls, WI 54022

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.73**

**Nonpriority creditor's name and mailing address**
NV Energy
6226 W. Sahara Ave.
Las Vegas, NV 89146

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.74**

**Nonpriority creditor's name and mailing address**
ORACLE AMERICA, INC.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$18,107.03**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | Globe Photo, Inc. | Case number (if known) | 20-11620-abl |
|---|---|---|---|
| | Name | | |

**3.75** | Nonpriority creditor's name and mailing address
**OTC Markets Group**
300 Vesey Street, 12th Floor
New York, NY 10282

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,500.00**

---

**3.76** | Nonpriority creditor's name and mailing address
**Overstock.com**
PO BOX 74819
Chicago, IL 60694

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$103.50**

---

**3.77** | Nonpriority creditor's name and mailing address
**Patent and Trademark Office**
PO Box 287221
New York, NY 10130-0037

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,775.00**

---

**3.78** | Nonpriority creditor's name and mailing address
**Paul Bunker**
1025 Aviator Curt
Henderson, NV 89002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$535,833.00**

---

**3.79** | Nonpriority creditor's name and mailing address
**Paul Coffey**
c/o Derrick Luck
2400 Dundas St., W #6
Mississauga, ON

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.80** | Nonpriority creditor's name and mailing address
**Paul Costello**
251 Woodview Dr
Paducah, KY 42003

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.81** | Nonpriority creditor's name and mailing address
**Pegasus Capital II LP**
c/o Grumman Hill LLC
270 Greenwich Ave.
Greenwich, CT 06830

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500,000.00**

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | Case number (if known) | **20-11620-abl** |
| --- | --- | --- | --- |
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Phil Esposito**
c/o Mark Esposito
418 55th. Avenue
Saint Petersburg, FL 33706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,164.10 |
| --- | --- | --- | --- |

**Picture and Poster**
1000 N. Green Valley Pkwy
#440-403
Henderson, NV 89074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,500.00 |
| --- | --- | --- | --- |

**Picture Frame Fulfillment LLC**
9201 King Street
Franklin Park, IL 60131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220,000.00 |
| --- | --- | --- | --- |

**Pinnacle**
c/o Pinnacle Management Group
675 3rd Ave., 9th Floor
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Porter Capital Corporation**
2112 1st Avenue North
Birmingham, AL 35203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
| --- | --- | --- | --- |

**PR Newswire Association, LLC**
GPO Box 5897
New York, NY 10087-5897

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,085.00 |
| --- | --- | --- | --- |

**Premier Collectibles Corporations**
c/o Paul M. Healey & Sons CPA, Ltd.
3263 E. Warm Springs Road
Las Vegas, NV 89120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | Case number (if known) | **20-11620-abl** |
|---|---|---|---|
| | Name | | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Premier West Islip**
**175 Union Blvd**
**West Islip, NY 11795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $69,074.00 |
|---|---|---|---|

**Printing Management Associates**
**P.O. Box 716**
**New York, NY 10018-0716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $123,866.33 |
|---|---|---|---|

**Procopio, Cory, Hargreaves & Savitch LLP**
**PO Box 515137**
**Los Angeles, CA 90051-5137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Public Storage**
**133 2nd Street**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**RADDS, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $95,000.00 |
|---|---|---|---|

**Randal Munske**
**1714 148th St.**
**Bothell, WA 98012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randy White**
**5000 East FM 1461**
**Prosper, TX 75078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

Debtor   __Globe Photo, Inc._____        Case number (if known)   __20-11620-abl__
        Name

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.96**

**Nonpriority creditor's name and mailing address**
**Richard Dent**
**333 North Michigan Avenue**
**Chicago, IL 60601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.97**

**Nonpriority creditor's name and mailing address**
**Richard M. Gossage**
**35 Marland Road**
**Colorado Springs, CO 80906**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.98**

**Nonpriority creditor's name and mailing address**
**Rickey Henderson**
**41 Starview Drive**
**Oakland, CA 94618**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.99**

**Nonpriority creditor's name and mailing address**
**Ripken Baseball**
**Schulte Sports, Inc.**
**1427 Clarkview Road., Suite 100**
**Baltimore, MD 21209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.100**

**Nonpriority creditor's name and mailing address**
**Risk Strategies**
**PO Box 970069**
**Boston, MA 02297**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,856.93

---

**3.101**

**Nonpriority creditor's name and mailing address**
**Robert Gibson**
**215 Bellevue Blvd. South**
**Bellevue, NE 68005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.102**

**Nonpriority creditor's name and mailing address**
**Rod Gilbert**
**c/o Schulte Sports Marketing**
**8700 Snowhill Court**
**Potomac, MD 20854**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

Debtor  **Globe Photo, Inc.**
_____
Name

Case number (if known)   **20-11620-abl**

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Royal Network, LLC**
**dba Royalty  Exchange**
**1550 Larimer Street, #769**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Sara White**
**146 Pine Mist Drive**
**Mooresville, NC 28117-3522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Sean Goodchild**
**APARTADO 1230**
**P-8401-910 PRAIA DO CARVOEIRO**
**ALGARVE, Portugal P-8401-910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Securities and Exchange Commission**
**Los Angeles Regional Office**
**444 South Flower Street, Suite 900**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Southwest Gas**
**5241 Spring Mountain Road**
**Las Vegas, NV 89146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $439.68 |

**Southwest Gas Corporation**
**PO Box 98890**
**Las Vegas, NV 89193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440,000.00 |

**SPOYA PTY LTD**
**Massimo Guida**
**U801/180 Dornoch Terrace**
**Highgate Hill QLD 4101, Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | Case number (if known) | **20-11620-abl** |
|---|---|---|---|
| | Name | | |

---

**3.110** | Nonpriority creditor's name and mailing address
**Steve Grogan**
**PO Box 371**
**Mansfield, MA 02048**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111** | Nonpriority creditor's name and mailing address
**Steven Samagaio**
**5 Parkview Ave E.**
**West Harrison, NY 10604**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112** | Nonpriority creditor's name and mailing address
**Stew Milne**
**527 River Ave.**
**Providence, RI 02908**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113** | Nonpriority creditor's name and mailing address
**Sting Alarm, Inc.**
**7120 Rafael Ridge Way**
**Las Vegas, NV 89119-4002**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$52.95**

---

**3.114** | Nonpriority creditor's name and mailing address
**TBI Consulting**
**9920 Pacific Heights Blvd #150,**
**San Diego, CA 92121**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.48**

---

**3.115** | Nonpriority creditor's name and mailing address
**TED HALPERIN**
**142 HITCHING POST LANE**
**Yorktown Heights, NY 10598**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116** | Nonpriority creditor's name and mailing address
**Tenaya Lofts LLC**
**6415 S. Tenaya Way, #105**
**Las Vegas, NV 89113**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,070.92**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | Case number (if known) | **20-11620-abl** |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**The Computer Admin**
**7227 Broadway, Suite 306**
**Lemon Grove, CA 91945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164.06** |
|---|---|---|---|

**The Estate of Marilyn Monroe**
**c/o Authentic Brands Group**
**Legal Department**
**1411 Broadway, 4th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,729.00** |
|---|---|---|---|

**West LLC**
**C/O SMRL MANAGEEMENT LLC**
**80 MAIDEN LANE STE #2204**
**New York, NY 10038-2609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,547.17** |
|---|---|---|---|

**Wings Worldwide, LLC**
**210 Summit Ave**
**Montvale, NJ 07645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Xerox Corporation**
**PO Box 827598**
**Philadelphia, PA 19182-7598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,374,790.91 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,374,790.91 |

---

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Fill in this information to identify the case: |
| --- |
| Debtor name **Globe Photo, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF NEVADA |
| Case number (if known) **20-11620-abl** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Dealer Agreement** | |
| State the term remaining | | **1stdibs fine art**<br>**51 Astor Place, 3rd Fl**<br>**New York, NY 10003** |
| List the contract number of any government contract | | |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Directors and officers (D&O) liability insurance** | |
| State the term remaining | **3/20/2021** | **AHT Insurance**<br>**20 S. King Street**<br>**Leesburg, VA 20175** |
| List the contract number of any government contract | | |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
| State the term remaining | | **APA-Picture Desk GmbH**<br>**Laimgrubengasse 10**<br>**1060 Wein, Austria** |
| List the contract number of any government contract | | |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
| State the term remaining | **7/1/2020** | **Art Headquarters, LLC dba Wendover Art G**<br>**6465 126th Ave. North**<br>**Largo, FL 33773** |
| List the contract number of any government contract | | |

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

Debtor 1  **Globe Photo, Inc.** _____  Case number (if known) **20-11620-abl**
      First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Artspace Institution Selling Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Artspace LLC** |
| | List the contract number of any government contract | | **65 Bleeker Street, 8th Fl New York, NY 10012** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Auctionata, Inc.** |
| | List the contract number of any government contract | | **595 Madison Ave. 5 Fl New York, NY 10022** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement regarding Production Rights for Fine Art Edition** | |
|---|---|---|---|
| | State the term remaining | **1/29/2021** | **Avenso GmbH** |
| | List the contract number of any government contract | | **Ernst-Reuter-Platz Berlin, Germany 10587** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Phone** | |
|---|---|---|---|
| | State the term remaining | | **CenturyLink** |
| | List the contract number of any government contract | | **PO Box 4300 Carol Stream, IL 60197-4300** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cover Images Limited** |
| | List the contract number of any government contract | | **60 Gray's Inn Road London, England, WC1X 8AQ** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | | **CTK Photobank** |
| | List the contract number of any | | **Opletalova 5/7 11144 Prague, Czech Republic** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor 1 | Globe Photo, Inc. | | | Case number (if known) | 20-11620-abl |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |
| | | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Artwork License Agreement** | |
| | State the term remaining | **09/14/2022** | |
| | List the contract number of any government contract | | **CVS Pharmacy, Inc.**<br>**One CVS Drive**<br>**Woonsocket, RI 02985** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
| | State the term remaining | | **Ddp images GmbH**<br>**StraBenbahnring 7, D-20251**<br>**Hamburg, Germany** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
| | State the term remaining | | **East News**<br>**Olshaya Spasskaya, bl-12, app 81-82**<br>**Moscow, Russia** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
| | State the term remaining | | **East News SP ZOO**<br>**Swietojerska 5/7**<br>**Warsaw, Poland** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
| | State the term remaining | | **East News Ukraine**<br>**Kiyanovsky bystreet 3-704053**<br>**Kiev, Ukraine** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Getty Images Contributor Agreement** | **Getty Images (US), Inc.**<br>**75 Varick Street**<br>**New York, NY 10013** |

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

Debtor 1  **Globe Photo, Inc.**
    First Name      Middle Name      Last Name

Case number *(if known)*  **20-11620-abl**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract _____

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Consignment Agreement**

State the term remaining

List the contract number of any government contract

**Gotta Have Rock and Roll.com**
**153 E. 57th St.**
**New York, NY 10022**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

**Distribution Agreement**

State the term remaining

List the contract number of any government contract

**Gtres Informacion mas Communicacion**
**Valportillo Segunda14**
**28108 Madrid, Spain**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

**Storage Lease Agreement**

State the term remaining  **8/31/2022**

List the contract number of any government contract

**Harwyn Limited**
**Timberchase, The Warren**
**Ashtead Surrey KT21 2SG**

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

**Distribution Agreement**

State the term remaining

List the contract number of any government contract

**Hollandse Hoogte B.V.**
**Zwaardstraat 16  2584**
**TX Den Haag, the Netherlands**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

**Consignment Agreement**

State the term remaining

List the contract number of any government contract

**Howard Greenberg Gallery**
**41 E. 57th Street, Suite 1406**
**New York, NY 10022**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

Debtor 1    **Globe Photo, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)    **20-11620-abl**

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** |
| | State the term remaining | **Isopix** |
| | List the contract number of any government contract | **Rue Fritz Toussaint 55 / A.4**<br>**1050 Brussels, Belgium** |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Utilities** |
| | State the term remaining | **Las Vegas Valley Water District** |
| | List the contract number of any government contract | **1001 S. Valley View Blvd.**<br>**Las Vegas, NV 89153** |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** |
| | State the term remaining | 3/20/2021 |
| | List the contract number of any government contract | **MediaPunch Photos**<br>**Staten Island, NY 10314** |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** |
| | State the term remaining | **MV Photos** |
| | List the contract number of any government contract | **Untuvaisentie 1 A 23**<br>**FIN-00820**<br>**Helsinki, Finland** |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Utilities** |
| | State the term remaining | **NV Energy** |
| | List the contract number of any government contract | **6226 W. Sahara Ave.**<br>**Las Vegas, NV 89146** |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** |
| | State the term remaining | **Other Images LTDA**<br>**Carrera 13 No.93-68 of 304** |
| | List the contract number of any | **Bogota 110221**<br>**Columbia S.A.** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

Debtor 1   **Globe Photo, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)   **20-11620-abl**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement** | |
| | State the term remaining | | **Paddle8** |
| | List the contract number of any government contract | | **30 Cooper Square., 6th Fl New York, NY 10003** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution and Sales Agreement** | |
| | State the term remaining | **2/14/2021** | **Photo 12** |
| | List the contract number of any government contract | | **14 rue des Jardins Saint-Paul Paris, France 75004** |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **License Contract** | |
| | State the term remaining | | **Posterazzi Corp.** |
| | List the contract number of any government contract | | **144 Main Street Chester, NY 10918** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease Agreement** | |
| | State the term remaining | | **Premier West Islip** |
| | List the contract number of any government contract | | **175 Union Blvd West Islip, NY 11795** |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Agreement** | |
| | State the term remaining | | **Press Syndication Group LLC dba PSG** |
| | List the contract number of any government contract | | **4141 N. Sacramento Ave. Chicago, IL 60618** |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | **Printing Management Associates c/o Breme Whyte Brown & O'Meara LLP 20320 S.W. Birch Street Newport Beach, CA 92660** |

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

Debtor 1    **Globe Photo, Inc.**                                           Case number (*if known*)    **20-11620-abl**

First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **9/1/2021**

List the contract number of any
government contract                _____

---

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Lease Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Public Storage
133 2nd Street
Jersey City, NJ 07302**

---

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Real Time Images
24 Alfred Street
Cape Town 8001
SOuth Africa**

---

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Rock Paper Photo, LLC
220 W. 42nd Street, 24th Fl
New York, NY 10036**

---

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Shanghai Yingmai WenHua Chuanbo Youxian
Attention: Kuang Zhanchen
5/F Bldg. 4, 990 Changping Road
200042 Shanghai, Peoples's Rep. of China**

---

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Sipa Press Inc.
307 7th Ave., Suite 1806
New York, NY 10001**

---

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

Debtor 1  **Globe Photo, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*  **20-11620-abl**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining

List the contract number of any government contract

Sipa Press SA
59 boulevard Exelmans
F-75016 Paris, France

**2.40.** State what the contract or lease is for and the nature of the debtor's interest — **Photo Usage Agreement**

State the term remaining

List the contract number of any government contract

Snap Ltd. dba Celebrity-Cutouts
Randall Business Centre
Randall Park Way, Retford
Nottinghamshire, England, DN22 7WF

**2.41.** State what the contract or lease is for and the nature of the debtor's interest — **Utilities**

State the term remaining

List the contract number of any government contract

Southwest Gas
5241 Spring Mountain Road
Las Vegas, NV 89146

**2.42.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Agreement**

State the term remaining

List the contract number of any government contract

Splash Media
6060 Center Drive, Suite 950
Los Angeles, CA 90045

**2.43.** State what the contract or lease is for and the nature of the debtor's interest — **License Agreement**

State the term remaining

List the contract number of any government contract

Sunflower Poster China
No. 3 Zhen Xing Da Jie, Yang Fang Cun
Gao Li Yin Zhen, Shun Yi District
Bejing, China PC: 101300

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement**

State the term remaining — **11/1/21**

List the contract number of any

Tenaya Lofts LLC
6415 S. Tenaya Way, #105
Las Vegas, NV 89113

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor 1 | **Globe Photo, Inc.** | | | Case number *(if known)* | **20-11620-abl** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Zedge Premium License Terms and Conditions** | |
|---|---|---|---|
| | State the term remaining | | **Zedge Inc.** |
| | List the contract number of any government contract | | **22 Cortlandt Street, 14 Fl** **New York, NY 10007** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Zeta Image, Inc** **Kanda-Neribeicho** |
| | List the contract number of any government contract | | **Chiyoda-ku** **101-0022 Tokyo, Japan** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | **8/1/2023** | **Zuma Press Inc.** **34189 Pacific Coast Highway** |
| | List the contract number of any government contract | | **Studio 201** **Dana Point, CA 92629** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Fill in this information to identify the case: |
| --- |
| Debtor name **Globe Photo, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF NEVADA |
| Case number (if known) **20-11620-abl** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Photo File, LLC | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | Alan Trammell | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.2 | Photo File, LLC | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | Albert W. Kaline | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.3 | Photo File, LLC | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | Bob Lilly | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.4 | Photo File, LLC | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | Carl Yastrzemski | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.5 | Photo File, LLC | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | Commerce Technologies | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | | Case number *(if known)* | **20-11620-abl** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Dave Robinson** | ☐ D ____ ■ E/F  **3.23** ☐ G ____ |
| 2.7 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Don Larsen** | ☐ D ____ ■ E/F  **3.25** ☐ G ____ |
| 2.8 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Drew Bledsoe** | ☐ D ____ ■ E/F  **3.28** ☐ G ____ |
| 2.9 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Ed Jones** | ☐ D ____ ■ E/F  **3.29** ☐ G ____ |
| 2.10 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Edgar Martinez** | ☐ D ____ ■ E/F  **3.30** ☐ G ____ |
| 2.11 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Edward Scott Yates** | ☐ D ____ ■ E/F  **3.31** ☐ G ____ |
| 2.12 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Fuji Hunt Photographic Chemicals, Inc.** | ☐ D ____ ■ E/F  **3.35** ☐ G ____ |
| 2.13 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Gale Sayers** | ☐ D ____ ■ E/F  **3.36** ☐ G ____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | | Case number *(if known)* | **20-11620-abl** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                          *Column 2:* **Creditor**

| 2.14 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Gale Sayers** | ☐ D _____<br>■ E/F ___3.37___<br>☐ G _____ |
|---|---|---|---|---|
| 2.15 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Gerald Cheevers** | ☐ D _____<br>■ E/F ___3.38___<br>☐ G _____ |
| 2.16 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Gino Cappelletti** | ☐ D _____<br>■ E/F ___3.39___<br>☐ G _____ |
| 2.17 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Jack Youngblood** | ☐ D _____<br>■ E/F ___3.48___<br>☐ G _____ |
| 2.18 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Jerry Koosman** | ☐ D _____<br>■ E/F ___3.49___<br>☐ G _____ |
| 2.19 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Jerry Rice** | ☐ D _____<br>■ E/F ___3.50___<br>☐ G _____ |
| 2.20 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Jim Plunkett** | ☐ D _____<br>■ E/F ___3.51___<br>☐ G _____ |
| 2.21 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Joe Carter** | ☐ D _____<br>■ E/F ___3.52___<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | Case number (if known) | **20-11620-abl** |

| | **Additional Page to List More Codebtors** |
| | Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. |
| | Column 1: **Codebtor** | Column 2: **Creditor** |

| 2.22 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Joe Greene** | ☐ D _____<br>■ E/F ___**3.53**___<br>☐ G _____ |
| 2.23 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **John H. Lambert** | ☐ D _____<br>■ E/F ___**3.54**___<br>☐ G _____ |
| 2.24 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **John M. Rivers** | ☐ D _____<br>■ E/F ___**3.55**___<br>☐ G _____ |
| 2.25 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Johnny Bench** | ☐ D _____<br>■ E/F ___**3.56**___<br>☐ G _____ |
| 2.26 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Keith Hernandez** | ☐ D _____<br>■ E/F ___**3.59**___<br>☐ G _____ |
| 2.27 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Ken Griffey, Jr.** | ☐ D _____<br>■ E/F ___**3.60**___<br>☐ G _____ |
| 2.28 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Lee Smith** | ☐ D _____<br>■ E/F ___**3.63**___<br>☐ G _____ |
| 2.29 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Lindenmeyr Munroe** | ☐ D _____<br>■ E/F ___**3.64**___<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | Case number *(if known)* | **20-11620-abl** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Lloyd Haymes** | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.31 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **LSQ Funding Group, L.C.** | ☐ D _____ ■ E/F __3.66__ ☐ G _____ |
| 2.32 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Manny Flores** | ☐ D _____ ■ E/F __3.68__ ☐ G _____ |
| 2.33 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Mike Mussina** | ☐ D _____ ■ E/F __3.70__ ☐ G _____ |
| 2.34 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Neal Broten** | ☐ D _____ ■ E/F __3.72__ ☐ G _____ |
| 2.35 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Paul Coffey** | ☐ D _____ ■ E/F __3.79__ ☐ G _____ |
| 2.36 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Paul Costello** | ☐ D _____ ■ E/F __3.80__ ☐ G _____ |
| 2.37 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Phil Esposito** | ☐ D _____ ■ E/F __3.82__ ☐ G _____ |

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | Case number *(if known)* | **20-11620-abl** |
|--------|----------------------|--------------------------|-----------------|

| | **Additional Page to List More Codebtors** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.38 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Porter Capital Corporation** | ☐ D ____<br>■ E/F ___3.86<br>☐ G ____ |
|---|---|---|---|---|
| 2.39 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Randy White** | ☐ D ____<br>■ E/F ___3.95<br>☐ G ____ |
| 2.40 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Richard Dent** | ☐ D ____<br>■ E/F ___3.96<br>☐ G ____ |
| 2.41 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Richard M. Gossage** | ☐ D ____<br>■ E/F ___3.97<br>☐ G ____ |
| 2.42 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Rickey Henderson** | ☐ D ____<br>■ E/F ___3.98<br>☐ G ____ |
| 2.43 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Ripken Baseball** | ☐ D ____<br>■ E/F ___3.99<br>☐ G ____ |
| 2.44 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Robert Gibson** | ☐ D ____<br>■ E/F ___3.101<br>☐ G ____ |
| 2.45 | **Photo File, LLC** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Rod Gilbert** | ☐ D ____<br>■ E/F ___3.102<br>☐ G ____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Debtor | **Globe Photo, Inc.** | | Case number *(if known)* | **20-11620-abl** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Sara White** | ☐ D ____ ■ E/F __3.104__ ☐ G ____ |
| 2.47 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Steve Grogan** | ☐ D ____ ■ E/F __3.110__ ☐ G ____ |
| 2.48 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Steven Samagaio** | ☐ D ____ ■ E/F __3.111__ ☐ G ____ |
| 2.49 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **Stew Milne** | ☐ D ____ ■ E/F __3.112__ ☐ G ____ |
| 2.50 | **Photo File, LLC** | **333 N Bedford Rd.,Suite 130** **Mount Kisco, NY 10549-1159** | **TED HALPERIN** | ☐ D ____ ■ E/F __3.115__ ☐ G ____ |

DocuSign Envelope ID: 85D3FF5F-7244-4703-AEA0-9994FA5AC97C

| Fill in this information to identify the case: |
|---|
| Debtor name **Globe Photo, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF NEVADA |
| Case number (if known) **20-11620-abl** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 2, 2020              X    ⌐ DocuSigned by:
                                               *Stuart Scheinman*
                                               ⌐ F8D2ACE33AD54F6...
                                          Signature of individual signing on behalf of debtor

                                          **Stuart Scheinman**
                                          Printed name

                                          **Authorized Signatory**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy